**DISMISS and Opinion Filed August 12, 2024**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00651-CV**

**JASON STANFORD DBA ROLLIN SMOKE AT THE ATTACHE,**
**Appellant**

**V.**

**ENGLAND CARRIER SERVICES, LLC,**
**NFUSION CAPITAL FINANCE, LLC, AND KING OF FREIGHT, LLC,**
**Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-18441**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal as it did not appear the trial court had signed an appealable order or judgment. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeals may be taken from interlocutory orders if allowed by statute and final judgments that dispose of all parties and claims). In letter briefing filed in response, appellant acknowledges the appeal is premature and withdraws the appeal. We construe the letter brief as a motion to

dismiss the appeal, grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


                                                 /Robert D. Burns, III/

                                               ROBERT D. BURNS, III

240651F.P05                                 CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JASON STANFORD DBA ROLLIN
SMOKE AT THE ATTACHE,
Appellant

No. 05-24-00651-CV          V.

ENGLAND CARRIER SERVICES,
LLC, NFUSION CAPITAL
FINANCE, LLC, AND KING OF
FREIGHT, LLC, Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-23-18441.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered August 12, 2024.